UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR WAYNE,

        Petitioner,

v.                                CASE NO. 4:03-40023
                                HONORABLE PAUL V. GADOLA

DAVE GUNDY,

        Respondent.
_____/

CARL BOONE,

        Petitioner,

v.                                CASE NO. 4:04-40077
                                HONORABLE PAUL V. GADOLA

DAVID BERGH,

        Respondent.
_____/

## ORDER COMPELLING PRODUCTION OF
## SUPPLEMENTAL STATE COURT RECORD

Petitioners have filed habeas corpus petitions under 28 U.S.C. § 2254. Respondents filed answers to the habeas petitions, but no supplemental Rule 5 materials, following the re-opening of these cases. Accordingly,

**IT IS ORDERED** that Respondents file a copy of any supplemental state court materials needed to adjudicate the issues within thirty (30) days of the date of this order. *See* Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 17, 2007.

                                          S/G. Wilson
                                          Judicial Assistant